FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2928-LAB |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| LORAINE ORTEGA-AREBALO, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about August 6, 2008, within the Southern District of California, defendant LORAINE ORTEGA-AREBALO, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 53.56 kilograms (117.83 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008.

KAREN P. HEWITT
United States Attorney

LARA A. STINGLEY
Assistant U.S. Attorney

LAST:lg:Imperial
8/27/08